FILED

DISTRICT COURT OF GUAM

AUG 1 0 2005

MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

FREDDIE FLORES,

    Defendant-Petitioner,

        vs.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

Criminal Case No. 95-00034

Civil Case No. 05-00022

**ORDER**

    This matter comes before the Court on Petitioner Freddie Flores' ("Flores") Notice of Appeal from this Court's DENIAL of his Motion to Correct Sentence pursuant to 28 U.S.C. § 2255.[1] The Notice of Appeal shall be construed as an Application for a Certificate of Appealability. *See*, FED. R. APP. P. 22(b). A certificate of appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Flores has made no such showing. Therefore, the Court declines to issue a certificate of appealability.

    **SO ORDERED** this _8th_ day of Aug, 2005.

                          **Robert M. Takasugi**[*]
                          **United States District Judge**

---

[1] The motion is entitled "Petitioner's Motion for Reduction of Sentence; Pursuant to Title 18 § 3582(c)(2); Based on New Supreme Court Law Enunciated in *Blakely v. Washington*, U.S. ___, 142 S.Ct. 2531 (2004); With Memorandum in Support Thereof." *See*, Docket No. 102. In its order of July 7, 2005, the Court construed Flores' motion as a collateral attack on his sentence in light of its content pursuant to 28 U.S.C. § 2255. *See*, Docket No. 103.

[*] The Honorable Robert M. Takasugi, United States Senior District Judge for Central California, by designation