UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-16666 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00022-JSU |
| v. | CR-95-00034-JSU |
| FREDDIE R. FLORES, | District of Guam, Agana |
| Defendant - Appellant. | ORDER |

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

**FILED**
DISTRICT COURT OF GUAM

NOV 28 2005

MARY L.M. MORAN
CLERK OF COURT

A TRUE COPY
ATTEST 11/22/05

CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk